JULIAN S. WOOSTER, Respondent, v. AUTOMATIC RAILWAY CONTROL CO., INC., and Others, Appellants, Impleaded with Others.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell,

Martin, O'Malley and Townley, JJ.; Finch, P. J., dissents and votes to reverse and grant the motion.